UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

Keith Williams, Plaintiff
v.
X Corp. (formerly Twitter, Inc.), Defendant
Case No.: 1:25-cv-00058-JB-MU

## PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

Plaintiff Keith Williams, proceeding pro se, respectfully moves this Court to take judicial notice of certain facts pursuant to Federal Rule of Evidence 201.

I. INTRODUCTION

Plaintiff respectfully requests that the Court take judicial notice of facts relevant to the jurisdictional and venue-related issues raised in this case. These facts are either generally known within this jurisdiction or can be accurately and readily determined from reliable sources whose accuracy cannot reasonably be questioned.

II. REQUESTED FACTS FOR JUDICIAL NOTICE

Pursuant to Rule 201(b) of the Federal Rules of Evidence, Plaintiff requests the Court take judicial notice of the following facts:
1. That X Corp. (formerly Twitter, Inc.) conducts business in the State of Alabama, including but not limited to providing services accessible to residents of Alabama via the internet.
2. That CT Corporation System, the registered agent for X Corp., maintains a business office in Alabama at 2 North Jackson Street, Suite 605, Montgomery, Alabama 36104, as listed on the Alabama Secretary of State's website.
3. That the Federal Trade Commission (FTC) has published guidance and public enforcement actions relating to Twitter/X Corp. for data privacy violations (see https://www.ftc.gov/).
4. That Plaintiff resides in the Southern District of Alabama and has suffered injury due to identity theft and fraud originating from the breach of Twitter/X Corp.'s data systems, as documented in filings with the Alabama Department of Labor and the FTC Identity Theft Report (#188040269).

III. ARGUMENT

Under Rule 201(b), the Court may take judicial notice of a fact that is not subject to reasonable dispute because it is either generally known within the Court's jurisdiction or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. The facts listed above meet this standard and are central to the proper adjudication of pending motions.

IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and take judicial notice of the facts listed herein.

Respectfully submitted,

Keith A. Williams
6658 Mauvilla Drive West
Eight Mile, AL 36613
(251) 802-3501
keith_williams04@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, I served a copy of the foregoing Motion for Judicial Notice via email to:

Jade E. Sipes
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
jsipes@bakerdonelson.com

Keith A. Williams, Pro Se