# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

**KEITH A. WILLIAMS,**
Plaintiff,

v.

**X CORP.,**
Defendant.

Civil Action No. 4:25-CV-1084-P

**AMENDED COMPLAINT**



## I. INTRODUCTION
1. This is an action for damages arising from the Defendant's failure to implement reasonable data security measures, which led to a massive data breach and the theft of Plaintiff's private personal and financial information.

## II. JURISDICTION AND VENUE
2. This Court has diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff is a citizen of Alabama. Defendant X Corp. is a corporation incorporated in Delaware with its principal place of business in Texas. The amount in controversy exceeds $75,000, exclusive of interest and costs.
3. Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant resides here and a substantial part of the events and omissions giving rise to the claims occurred here. Furthermore, the Terms of Service governing the relationship contain a mandatory forum selection clause designating this District.

## III. PARTIES
4. Plaintiff Keith A. Williams is an individual residing at 6658 Mauvilla Drive West, Eight Mile, Alabama 36613.
5. Defendant X Corp., formerly known as Twitter, Inc., is a Delaware corporation with its principal place of business in Texas and may be served through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## IV. FACTUAL ALLEGATIONS
6. Plaintiff created and maintained an account on Defendant's platform, thereby agreeing to and being bound by Defendant's Terms of Service and Privacy Policy.
7. These Terms of Service specifically promised users that their personal data would be protected and that Defendant complied with applicable data privacy laws.
8. On or about December 2022 to January 2023, Defendant experienced a massive data breach that exposed the personal data of over 200 million users, including Plaintiff.
9. Upon information and belief, this breach was a direct result of Defendant's failure to: (a) implement and maintain reasonable data security systems; (b) patch known software vulnerabilities; (c) encrypt sensitive user data; and (d) monitor its systems for unauthorized intrusions.
10. The stolen data included Plaintiff's email address, phone number, and other personally identifiable

information.

11. Defendant failed to provide timely and adequate notice of the breach to Plaintiff, thereby preventing him from taking immediate steps to protect his financial accounts and identity.

12. As a direct result of the breach, Plaintiff's personal information was publicly exposed online and on the dark web.

13. Following this exposure, Plaintiff became a victim of identity theft and fraud. This is documented in an FTC Identity Theft Report filed in 2023, which details fraudulent accounts opened in his name.

14. Plaintiff's Equifax credit report reflects multiple unauthorized hard inquiries, a significant decrease in his credit score, and several fraudulently opened accounts that he has had to dispute.

15. To mitigate the ongoing damage, Plaintiff was forced to subscribe to and pay for credit monitoring and identity theft protection services.

16. Plaintiff has suffered and continues to suffer from emotional distress, including anxiety and distress over the loss of his financial privacy and the constant risk of future fraud.

17. Plaintiff has lost numerous hours addressing and mitigating the fallout from this identity theft.

## V. CAUSES OF ACTION
### COUNT I – NEGLIGENCE

18. Defendant owed a legal duty to Plaintiff to exercise reasonable care in securing and safeguarding his highly sensitive personal and financial information.

19. Defendant breached this duty by failing to implement basic industry-standard cybersecurity measures, as alleged in Paragraph 9.

20. Defendant's breach was the direct and proximate cause of Plaintiff's injuries.

21. As a result, Plaintiff suffered the damages outlined in Paragraphs 12-17.

### COUNT II – BREACH OF CONTRACT

22. Defendant's Terms of Service constituted a valid and enforceable contract between the parties.

23. Defendant materially breached this contract by failing to uphold its promise to protect user data, rendering its security assurances meaningless.

24. Plaintiff performed his obligations under the contract.

25. As a direct result of Defendant's breach, Plaintiff suffered foreseeable damages, including the costs of credit monitoring, loss of time, and emotional distress.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment in his favor and against Defendant X Corp. as follows:

a. Compensatory damages in the amount of **$1,500,000**, representing actual financial loss, emotional distress, and loss of credit reputation;
b. Punitive damages in an amount sufficient to deter similar misconduct;
c. Costs of this action and reasonable attorney's fees as permitted by law;
d. Pre- and post-judgment interest as allowed by law;
e. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Keith A. Williams
Keith A. Williams, Pro Se
6658 Mauvilla Drive West
Eight Mile, AL 36613
Tel: 251-802-3501
Email: keith_williams04@hotmail.com
Date: October 21, 2025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

**KEITH A. WILLIAMS,**
Plaintiff,

v.

**X CORP.,**
Defendant.

Civil Action No. 4:25-CV-1084-P

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 21, 2025**, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for Defendant X Corp.:

**Jade E. Sipes**
Baker Donelson Bearman Caldwell & Berkowitz, PC
1901 6th Avenue North, Suite 2600
Birmingham, AL 35203
Email: jsipes@bakerdonelson.com

**Kenneth M. Trujillo-Jamison**
Willenken LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
Email: ktrujillo-jamison@willenken.com



Respectfully submitted,

/s/ Keith A. Williams
Keith A. Williams, Pro Se
6658 Mauvilla Drive West
Eight Mile, AL 36613
Tel: 251-802-3501
Email: keith_williams04@hotmail.com

Dated: October 21, 2025

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KEITH A. WILLIAMS,

**DEFENDANTS**
X CORP.,

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*
Jade Sipes
Baker Donelson Bearman Caldwell & Berkowitz, PC
Kenneth Trujillo-Jameson

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*CIVIL RIGHTS*
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

*PRISONER PETITIONS*
*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☒ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U. S. C. § 1332 - Negligence and Breach of Contract
Brief description of cause:
Data Breach

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 1,500,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE Judge P. Bradley Murray
DOCKET NUMBER 1:25-cv-00058-JB-MU

DATE 21 October 2025
SIGNATURE OF ATTORNEY OF RECORD /s/ Keith A. Williams

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Print | Save As | Reset

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

**KEITH A. WILLIAMS,**
Plaintiff,

v.

**X CORP.,**
Defendant.

Civil Action No. 4:25-CV-1084-P

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH LOCAL RULE 5.1(f)**

Plaintiff **Keith A. Williams** respectfully provides notice that he has complied with Local Civil Rule 5.1(f) of the Northern District of Texas as follows:

1. **ECF Registration:** Plaintiff has registered as an electronic case filer (ECF) with the Clerk of Court for the Northern District of Texas and has reviewed the ECF User's Manual and Judge■Specific Requirements for this Court.
2. **Email Address for Electronic Service:** *keith_williams04@hotmail.com*.
3. **Service:** Plaintiff consents to electronic service of all filings and orders via CM/ECF and the above email address.

Dated: __21 October__, 2025

Respectfully submitted,

/s/ Keith A. Williams
Keith A. Williams (Pro Se)
6658 Mauvilla Drive West
Eight Mile, AL 36613
Tel: 251-802-3501
Email: keith_williams04@hotmail.com

**Certificate of Service**
I certify that on the date indicated above, a true and correct copy of the foregoing Notice was served via CM/ECF (and by email if necessary) upon counsel of record for Defendant X Corp., including Jade E. Sipes (Baker Donelson) and Kenneth M. Trujillo■Jamison (Willenken LLP).

/s/ Keith A. Williams

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PRIORITY MAIL FLAT RATE POSTAGE

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RECEIVED
OCT 23 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

FOR DOMESTIC
PLACE

■ Guaranteed
■ Guaranteed
■ USPS Tracking
  and many
■ Pick up av
■ Domestic
  (restriction
■ Signature

*Money Back Gu
  select Internatio
  See DMM and
**Insurance does
  claims exclusio
  http://pe.usps.c
+Money Back Gu

WHEN USED INTERNAT



UNITED STATES POSTAL SERVICE® — USPS APIs

usps.com
US POSTAGE
E
0 lb 2 oz

U.S. POSTAGE PAID
USPS Ship
Mailed from 11236

**PRIORITY MAIL EXPRESS®**
Created 10/21/2025

KEITH A. WILLIAMS, PRO SE
KEITH WILLIAMS
6658 MAUVILLA DR. W
EIGHT MILE AL 36613

RDC 07

WAIVER OF SIGNATURE



UNITED STATES DISTRICT COURT
U. S. DISTRICT CLERK'S OFFICE
FORT WORTH DIVISION, 501 WEST 10TH ST,
NORTHERN DISTRICT COURT OF TEXAS
FORT WORTH TX 76102

USPS TRACKING # USPS Ship


9270 1903 7003 0100 1710 69

 

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023. All rights reserved.

This package is made from post-consumer waste. Please recycle - again.